ation or decision of this petition.

No. 92–2. ASHLEY, WARDEN v. BYERLY. Ct. App. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–72. SABINE CONSOLIDATED, INC., ET AL. v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5049. THOMPSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5214. RAMOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–174. VAN CAMP v. AT&T INFORMATION SYSTEMS ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–267. UJB FINANCIAL CORP. ET AL. v. SHAPIRO ET AL. C. A. 3d Cir. Motions of Dean Witter Reynolds, Inc., et al., New York Clearing House Association, and American Bankers Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 92–285. KEENE CORP. v. LINDSAY. Sup. Ct. Tex. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 92–297. KOONS v. ROGERS ET AL. C. A. 2d Cir. Motion of National Artists Equity Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–5556. OMOIKE v. COCA-COLA BOTTLING CO. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–5800. GAMBLE v. EAU CLAIRE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari before judgment denied.